# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00261-CV

**Jorge Arturo Aguirre, Appellant**

**v.**

**Guillermo P. Flores, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. GN201430, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jorge Arturo Aguirre and Appellee Guillermo P. Flores no longer wish to pursue this appeal and have filed a joint motion to dismiss with prejudice. In their motion, the parties have informed the Court that all matters in controversy related to this appeal have been settled and resolved to the parties' mutual satisfaction. Accordingly, we grant the motion and dismiss the appeal with prejudice. Tex. R. App. P. 42.1(a).

 

 

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Joint Motion

Filed: November 14, 2006